

R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA  
**Defendant(s):** AUGUST C. GHILARDUCCI

**County of Residence:** US, Outside the State of IL  
**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**
1) AUSA
2) Joseph A. Stewart
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604

**Defendant's Attorney:**
August C. Ghilarducci
#15100-424
Sandstone - FCI
P.O. Box 1000
Sandstone, MN 55072

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [✓] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV4872
JUDGE COAR
MAGISTRATE JUDGE MASON

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 5. Transferred From Other District
- [ ] 2. Removed From State Court
- [ ] 6. MultiDistrict Litigation
- [ ] 3. Remanded From Appellate Court
- [ ] 7. Appeal to District Judge from Magistrate Judgment
- [ ] 4. Reinstated or Reopened

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes [✓] No

**Signature:** /s/  **Date:** 8/26/08

FILED
AUG 26 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Coar
Mason

02CR1101