# UNITED STATES DISTRICT COURT
### DISTRICT OF

United States of America

                    **Plaintiff**

v.

August C. Ghilarducci

                    **Defendant**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, August C. Ghilarducci _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant          [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion or appeal.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:     [X] Yes     [ ] No          (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Sandstone FCI, Sandstone, MN

   Are you employed at the institution? YES   If "yes", what income do you receive from the institution? $200 per mo

   What is your social security number?  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

   YOU MUST HAVE THE INSTITUTION FILL OUT THE CERTIFICATE PORTION OF THIS AFFIDAVIT SHOWING THE PAST **SIX MONTHS'** TRANSACTIONS FOR YOUR PRISON ACCOUNT. A ledger sheet showing such transactions also should be attached.

2. Are you currently employed?     [X] Yes     [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   Unicor Prison Industries, $200 per month gross
   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     [ ] Yes     [X] No

   b. Rent payments, interest or dividends          [ ] Yes     [X] No

   c. Pensions, annuities or life insurance payments     [ ] Yes     [X] No

   d. Disability or workers compensation payments     [ ] Yes     [X] No

   e. Gifts or inheritances          [X] Yes     [ ] No

   f. Any other sources          [ ] Yes     [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive on number 7 of this form.

FILED
AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV4872
JUDGE COAR
MAGISTRATE JUDGE MASON

4. Do you have any cash or checking or savings accounts? ☐ Yes ☐ No

If "Yes" state the total amount _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☒ No

If "Yes" describe the property and state its value.


6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Kelsey A. Ghilarducci, daughter and Dominick A. Ghilarducci, son.
I send approximately $25 per month.

7. Additional information:
One half of my monthly earnings are taken by the institution to pay my fine and restitution.
3E. My family sent my approximately $200 last year.


I declare under penalty of perjury that the above information is true and correct.

_____8/5/08_____          _____
DATE                          SIGNATURE OF APPLICANT


## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the Institution of incarceration)

I certify that the applicant named herein has the sum of $ ___37,82___ on account to his/her credit at (name of institution) ___FCI Sandstone___. I further certify that the applicant has the following securities to his/her credit: _____

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposits to the prisoner's account was $ ___1553.05 / 6 mo. total___, and the average monthly balance in the prisoner's account was $ ___87.46___.

_____8-5-08_____          ___Greg Anden B Unit Counselor___
DATE                          SIGNATURE OF AUTHORIZED OFFICER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SST | 5/15/2008 4:55:57 PM | 108 | | Sales | ($1.90) | | $219.82 |
| SST | 5/14/2008 8:50:54 AM | 981 | | SPO | | ($65.10) | -------- |
| SST | 5/12/2008 7:06:00 AM | TFN0512 | | Phone Withdrawal | ($10.00) | | $221.72 |
| SST | 5/8/2008 6:36:06 AM | TFN0508 | | Phone Withdrawal | ($10.00) | | $231.72 |
| SST | 5/6/2008 1:53:51 PM | HIPP0408 | | Payroll - IPP | $50.01 | | $241.72 |
| SST | 5/6/2008 1:50:32 PM | IS3022 | | Payroll - UNICOR | $352.59 | | $368.00 |
| SST | 5/6/2008 1:50:32 PM | IS3023 | | FRP Unicor Pymt | ($176.29) | | $191.71 |
| SST | 5/5/2008 9:59:59 AM | | 1088 | Bills | ($75.00) | | $15.41 |
| SST | 5/5/2008 7:03:25 AM | TFN0505 | | Phone Withdrawal | ($10.00) | | $90.41 |
| SST | 5/1/2008 9:00:12 PM | TFN0501 | | Phone Withdrawal | ($10.00) | | $100.41 |
| SST | 4/26/2008 9:03:34 PM | TFN0426 | | Phone Withdrawal | ($10.00) | | $110.41 |
| SST | 4/24/2008 11:18:55 AM | 21 | | Sales | ($5.00) | | $120.41 |
| SST | 4/24/2008 11:18:38 AM | 20 | | Sales | ($6.80) | | $125.41 |
| SST | 4/21/2008 7:05:33 AM | TFN0421 | | Phone Withdrawal | ($10.00) | | $132.21 |
| SST | 4/16/2008 8:01:57 PM | TFN0416 | | Phone Withdrawal | ($10.00) | | $142.21 |
| SST | 4/12/2008 9:03:20 PM | TFN0412 | | Phone Withdrawal | ($10.00) | | $152.21 |
| SST | 4/9/2008 7:27:22 AM | TFN0409 | | Phone Withdrawal | ($10.00) | | $162.21 |

1 2 3

**Total Transactions: 132**

Totals:   $10.62   ($35.40)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SST | $2.42 | $0.00 | $0.00 | $35.40 | $0.00 | $0.00 | $0.00 | $37.82 |
| Totals: | $2.42 | $0.00 | $0.00 | $35.40 | $0.00 | $0.00 | $0.00 | $37.82 |

## Other Balances



| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,553.05 | $1,551.56 | $87.46 | $236.10 | $61.55 | N/A | N/A |