IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
U.S. DISTRICT COURT

AUGUST C. GHILARDUCCI,

PETITIONER

vs

08CV4872
JUDGE COAR
MAGISTRATE JUDGE MASON

UNITED STATES OF AMERICA

RESPONDENT

CRIM NO: 02-CR-1101

THE HONORABLE JUDGE
DAVID H. COAR,
District Court Judge

**PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL PURSUANT TO 28 U.S.C. §3006A**

COMES NOW, the Petitioner August C. Ghilarducci, pro se, in the above titled matter does hereby respectfully request that this Court to appoint counsel pursuant to 28 U.S.C. §2255.

The following explains and supports this request:

1) Petitioner was deprived of Effective Assistance of Counsel in violation of his 6th Amendment Rights.

2) Petitioner is not learned in law and in need of a competent attorney experienced in presenting complex issues of error committed during the course of criminal proceedings.

3) Petitioner is an indigent person confined within the Federal Bureau of Prisons and unable to pay for the services of an attorney.

For these reasons petitioner humbly requests this court appoint counsel where petitioner is indigent, unlearned in law and in need of a competent attorney to present issued of constitutional proportions during a §2255 proceeding.

_____
AUGUST C. GHILARDUCCI