

IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
U.S. DISTRICT COURT

AUGUST C. GHILARDUCCI,

PETITIONER

vs

UNITED STATES OF AMERICA

RESPONDENT

08CV4872
JUDGE COAR
MAGISTRATE JUDGE MASON    ----

CRIM NO.  02-CR-1101

:
:
:
:
:                THE HONORABLE JUDGE
:                DAVID H. COAR,
:                District Court Judge
:
:

## MOTION FOR SUBPOENAS

COMES NOW, the Petitioner August C. Ghilarducci, pro se, in the above titled matter does hereby respectfully request this Court authorize two subpoenas, as follows:

1)    To Attorney Gerald Collins seeking any notes, memos, faxes, emails, letters or phone logs about any conversations or meetings with the Government or the Petitioner concerning a Plea Bargain or a review of the Sentencing Guidelines

2)    To Attorney Phillip A. Turner seeking copies of any emails, faxes or letters between himself and the Petitioner.

Petitioner is seeking the information, which is the subject of these proposed subpoenas to provide further evidence in support of the claims raised in the §2255 motion

Wherefore Petitioner prays that this Court authorize the requested subpoenas.

_____
AUGUST C. GHILARDUCCI