IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
K, U.S. DISTRICT COURT

AUGUST C. GHILARDUCCI,

PETITIONER

vs

08CV4872
JUDGE COAR
MAGISTRATE JUDGE MASON

UNITED STATES OF AMERICA

RESPONDENT

CRIM NO: 02-CR-1101

THE HONORABLE JUDGE
DAVID H. COAR,
District Court Judge

**PETITIONER'S REQUEST FOR LEAVE TO EXPAND THE RECORD PURSUANT TO RULE 7 OF THE RULES GOVERNING §2255 PROCEEDINGS; 28 U.S.C. §2246, 2247**

COMES NOW, the Petitioner August C. Ghilarducci, pro se, in the above titled matter does hereby respectfully request that this Court issue an order to expand the record pursuant to Rule 7 of the Rules Governing a §2255 proceedings.

The following explains and supports the above:

Concurrently, the petitioner has filed a motion under 28 U.S.C. §2255 within this Honorable Court claiming Ineffective Assistance of Counsel in violation of the 6th Amendment to the United States Constitution. Specifically conduct occurring during the pre trial phase of the proceedings, which is not contained in the record of this case.

Petitioner wishes to expand the record with extrinsic and intrinsic evidence to further develop this claim so the court may have a full understanding of the facts raised in the §2255 motion.

Wherefore Petitioner prays this Court issue its order to expand the record.

_____
AUGUST C. GHILARDUCCI